FILED
 2011 Jul-12  AM 09:58
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **SAMUEL EARL IVORY,** ) | |
| ) | |
| **Petitioner,** ) | |
| ) | |
| v. ) | Case No. 7:10-CV-3329-TMP |
| ) | |
| **ATTORNEY GENERAL OF THE** ) | |
| **STATE OF ALABAMA, et al.,** ) | |
| ) | |
| **Respondents.** ) | |

## O R D E R

On June 21, 2011, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be dismissed without prejudice as successive. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby **DISMISSED WITHOUT PREJUDICE** as successive.

**DONE** and **ORDERED** this the 12th day of July, 2011.

                                               **VIRGINIA EMERSON HOPKINS**
                                               United States District Judge